UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KESTER JOSUE CASTILLA MIRANDA,

Plaintiff,

v. Case No.: 2:26-CV-02640-KCD-KRH

ACTING DIRECTOR DAVID J. VENTURELLA, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); GARETT J. RIPA, IN HIS OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF THE IMMIGRATION & CUSTOMS ENFORCEMENT REMOVAL, MIAMI FIELD OFFICE; SECRETARY MARKWAYNE MULLIN, U.S. DEPARTMENT HOMELAND SECURITY; TODD BLANCHE, WARDEN GLADES COUNTY DETENTION CENTER,

Defendants,
_______________________________/

**ORDER**

Petitioner seeks habeas relief under 28 U.S.C. § 2241. The Court finds that a response is appropriate. Accordingly, it is **ORDERED**:

1. The Clerk of Court is **DIRECTED** to send a copy of this Order, the Petition, with exhibits (Doc. 1) electronically to Respondents at USAFLM.Alcatraz@usdoj.gov and OPLAORLFEDLIT@ice.dhs.gov

and by first-class mail to the Attorney General of the United States in Washington, D.C (U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001).

2. Petitioner is also directed to serve this order on Respondents by 10/5/2026, and file proof of service. Petitioner does not need to obtain a summons to do so.

Under 28 U.S.C. § 2243, Respondents are **DIRECTED** to show cause why Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) should not be granted. After careful review of the petition and its attachments, the Court finds good cause to allow Respondents until 10/19/2026, to do so.

**ORDERED** in Fort Myers, Florida on September 28, 2026.

Kyle C. Dudek
United States District Judge